Casie D. Collignon (*pro hac vice* forthcoming)
ccollignon@bakerlaw.com
Jason A. Orr (SBN 301764)
jorr@bakerlaw.com
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202-2662
Telephone: 303.861.0600
Facsimile: 303.861.7805

*Attorneys for Defendant*
THE TRAVELERS INDEMNITY COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA SANCHEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE TRAVELERS INDEMNITY COMPANY, a Connecticut company, d/b/a WWW.NORTHLANDINS.COM,<br><br>Defendant. | Case No.: 2:25-cv-00063<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint served: December 5, 2024<br>Date of removal: January 3, 2025 |

Defendant The Travelers Indemnity Company ("Defendant") and Plaintiff Monica Sanchez (collectively, the "Parties"), by and through their undersigned attorneys, advise the Court that the Parties have reached an agreement to settle the instant case. The Parties are finalizing the settlement documentation and request that the Court stay all deadlines pending a final agreement and request for dismissal.

Dated: February 11, 2025

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: */s/ Jason A. Orr*
Jason A. Orr

*Attorneys for Defendant*
CALIBRATED HEALTHCARE, LLC

**PACIFIC TRIAL ATTORNEYS APC**

By: */s/ Victoria C. Knowles*
Victoria C. Knowles

*Attorneys for Plaintiff*
MONICA SANCHEZ

### LOCAL CIVIL RULE 5-4.3.4(a)(2)(i) ATTESTATION

I, Jason A. Orr, hereby attest that the other signature listed, Victoria C. Knowles, on whose behalf the Stipulation is submitted, concurs in the Stipulation's content and has authorized its filing.

*/s/ Jason A. Orr*
Jason A. Orr